## ✕ cingular
*raising the bar*

**How To Contact Us:**
- 1-800-331-0500 or 611 from your cell phone
- For Deaf/Hard of Hearing Customers (TTY/TDD) 1-866-241-6567

**Wireless Number**
716-536-0228

| | |
|---|---|
| Page: | 1 of 5 |
| Billing Cycle Date: | 01/03/07 - 02/02/07 |
| Account Number: | 690338644 |

| | |
|---|---|
| Previous Balance | 31.27 |
| Payment Posted | -31.27 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 29.99 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | -3.35 |
| Government Fees & Taxes | 3.82 |
| **TOTAL CURRENT CHARGES** | **30.46** |
| Due Feb 28, 2007 | |
| Late fees assessed after Mar 02 | |

**Total Amount Due  $30.46**

### Cingular is now the new AT&T.

And, the best part is, you don't have to do anything. You'll keep the benefits you currently have as a Cingular customer plus, with the additional resources of the new AT&T, you'll get innovative new products and services that will offer you even greater value. You'll also get new ways to experience your world, whenever and wherever you go.
If you have questions, please visit www.cingular.com/att.

---

Return the portion below with payment to Cingular Wireless only.

*15901 EAST SKELLY DRIVE*
*TULSA, OK 74116-2809*

#BWNJSZT
#020006903386449#
AV 01 001173 17898H 11 A**5DGT
KOLLIN KING
4591 SOUTHWESTERN BLVD APT B6
HAMBURG, NY 14075-1950

| | |
|---|---|
| Account Number: | 690338644 |
| Total Amount Due: | $30.46 |
| Amount Paid: | $ |

Please do not send correspondence with payment.

Total Amount
Due by Feb 28, 2007

Please Make Check Payable To:

Cingular Wireless
PO Box 537104
Atlanta, GA 30353-7104

9680000690338644000000000030460000000304600L

**verizon**
*We never stop working for you.*

Billing Date: 01/28/07   Page 1 of 5
Telephone Number: 716 649 4170
Account:   716 649 4170 218 26 7
How to Reach Us: See page 2

LN12

KOLLIN KING

## Account Summary

| | |
|---|---|
| Previous Charges | $48.42 |
| Payment Received Jan 22. Thank You. | -48.42 |
| Past Due Charges | $.00 |
| **New Charges** | |
| Verizon (page 3) | $44.71 |
| Verizon Long Distance (page 4) | 5.99 |
| Total New Charges Due February 22 | $50.70 |
| **Total Due** (Past Due + New) | **$50.70** |

These monthly charges are for your service from January 28 to February 27.

### ⹁DSL

**Get Verizon Online DSL At A Price That's Flattering To Your Wallet**

Verizon Online DSL (up to 768 Kbps) is just $19.99/mo when you sign up for a year. So put a little extra in your wallet and call 1-866-905-3011.

Service not available on all lines. Subject to final verification by Verizon. Other restrictions apply.

### ONE-BILL®

**Verizon Wireless Customer?**

If so, are you enrolled in ONE-BILL to get all your Verizon and Verizon Wireless charges on a single bill? Sign up at verizon.com/onebill or call the Billing Questions number on page 2 of this bill.
Restrictions apply.

**Mail payments to:**
Verizon, PO Box 1100, Albany NY 12250-0001

**Change of address?**
Go to verizon.com/billingaddress or see page 2.

---
▼ Detach & return payment slip with your check, payable to Verizon.

**verizon**

Account: 716 649 4170 218 26 7
New Charges Due: 02/22/07
**Total Due $50.70**
Amount Paid: $ ☐☐.☐☐

KOLLIN KING                          1BU
APT B6
4591 SOUTHWESTERN BLVD
HAMBURG NY  14075-1950

VERIZON
PO BOX 1100
ALBANY NY 12250-0001

02007166494170218026110⁹   07064000000000000000000507003



**NYSEG**
*Reliable. Essential.*

KOLLIN R KING
Account Number: 1001-1079-851
Statement Date: January 30, 2007
Amount Due: $45.46

LN 3

*Service Address:* 4591 SOUTHWESTERN BLVD B6, HAMBURG NY 14075
*Next Scheduled Read Date:* On or about February 26, 2007

Page 1 of 4

## Account Summary

| | |
|---|---:|
| Previous invoice | $31.95 |
| Payments received as of 01/29/07 | -31.95 |
| Balance forward | 0.00 |
| Energy charges | 45.46 |
| Payment due by 02/22/07 | $45.46 |

To avoid a 1.5% late payment charge, please make payment by the due date.

Residential

Hydroelectric power savings
$ 10.68

See details beginning on page 3

See messages on page 2



Contribute to Project SHARE by adding $1, $2 or $5 to the full amount of your payment. Your charitable gift is tax-deductible.

Please return bottom portion with your payment. Make checks payable to NYSEG.



**NYSEG**
*Reliable. Essential.*

NYSEG
P.O. Box 5600
Ithaca, NY 14852-5600

KOLLIN R KING
4591 SOUTHWESTERN BLVD APT B6
HAMBURG NY  14075-1950

| Account Number |
|---|
| 10011079851 |
| **Due Date** |
| 02/22/07 |
| **Amount Due** |
| $45.46 |
| **Amount Paid** |
| $ |

Please do not write below this line.

30100110798510000004546000000454b

**TIME WARNER CABLE**
355 CHICAGO ST
BUFFALO NY 14204-206955

Statement Date: January 31, 2007
Account Number: 01610 438782-06-0

**TEMP-RETURN SERVICE REQUESTED**

AV 01 016488 56198B 54 A**5DGT
KOLLIN KING
4591 SOUTHWESTERN BL APT B6
HAMBURG NY 14075-1950

**How To Reach Us:**
Customer Service:
1-888-683-1000
Repair Open 24 hours per day
Billing Hours: Mon-Sat
6am-8pm
Sun 8am-5pm

For service at:
4591 SOUTHWESTERN BL APT B6
HAMBURG NY 14075-1950

## Summary of Charges

Our records show that we have not received your payment for last month's service(s). The amount pastdue is listed as "previous balance." To avoid a $5.00 late charge, please pay this amount immediately. If you have already mailed your payment for the previous balance, please disregard this notice and pay the current month's balance by the due date of the 13th. Thank you.

**YOUR STATEMENT IS PRINTED ON BOTH SIDES. PLEASE SEE THE REVERSE SIDE FOR A MORE DETAILED BREAKDOWN OF YOUR CHARGES.**

**Billing Period: 02/01 - 02/28**

| | |
|---|---|
| Previous Balance | $ 232.68 |
| Payments (Received by 01/13/07) | - 116.34 |
| Monthly Charges | 116.34 |
| Taxes and Fees | 4.05 |
| **Total Balance Due** | **$ 236.73** |
| **Payment Due Date** | **PAST DUE** |

See reverse side for *Detail of Charges*

## For Your Information

If you're looking for a new fitness routine right from the comfort of your own home, then look no further than Exercise TV On Demand. From incredible Pilates and yoga routines to cardio and dance workouts, you'll find it here! Just tune to Channel 942 and check out the hottest fitness trends that you can play, pause, rewind and fast forward at your command. Exercise TV On Demand - one more great thing about Digital Cable!

## Payment Coupon

*Please detach and enclose this portion with your payment. Do not send cash. **Make checks payable to TIME WARNER CABLE.** Please send any written correspondence to your local Time Warner Cable office, listed above. Address below is for payments only.*

Statement Date: January 31, 2007
Account Number: 01610 438782-06-0
Name: KOLLIN KING
4591 SOUTHWESTERN BL APT B6
HAMBURG NY 14075-1950

| | |
|---|---|
| Total Balance Due | 236.73 |
| Payment Due Date | PAST DUE |
| Amount Enclosed | $ |

Thank you for your prompt payment.

TIME WARNER CABLE
PO BOX 371449
PITTSBURGH PA 15250-7449

01610 438782 06 0        8 0023673        10 1



## MAPLEWOOD ESTATES APARTMENTS

February 12, 2007

Kollin King
4591 Southwestern Blvd., B6
Hamburg, NY 14075

Dear Kollin King:

According to our records outstanding rent is due in the amount of $791.00, which may include a past due balance and/or late charges. Please note that late charges may have accumulated and payments are applied to the oldest balances first. After you review your account you should contact your community office if your records do not match ours.

If this late rent letter and your payment have crossed in the mail, please let us know when you sent your payment so we may verify that it has been received.

If you have overlooked your payment, please pay no later than February 16, 2007 by sending your payment with your payment coupon to the address listed on the coupon. Failure to do so may result in your account being turned over for collection.

Thank you for attending to this matter.

Sincerely,

Peggy Heary
Bookkeeper

*Maplewood Estates*
APARTMENTS
4591 Southwestern Blvd., Suite 1, Hamburg, NY 14075

**Marcia McBride**
*Leasing Consultant*
marcia.mcbride@morganmanagement.com

(716) 649-3712 Phone
(716) 649-5504 Fax
www.morgancommunities.com

morgan
communities
Make yourself at home

LN: 7

## WESTERN NEW YORK DENTAL GROUP, PC

WESTERN NEW YORK DENTAL GROUP
5907 SOUTH PARK AVE.
HAMBURG, NY 14075

| ACCOUNT NUMBER | NEW BALANCE | STATEMENT DATE |
|---|---|---|
| 52957 | 20.00 | 01-26-07 |

PAYMENT ARRANGEMENT
AGREED PMT. DUE    PAYMENT DUE DATE

REMITTANCE AMT.
20.00

ENTER PAYMENT HERE _____
PAYMENT MAY BE MADE WITH
VISA OR MASTERCARD
CARD # _____
EXPIRATION DATE _____
SIGNATURE _____

MR KOLLIN KING
4591 SOUTHWESTERN BLVD
APT B6
HAMBURG, NY 14075

DETACH HERE AND RETURN TOP PORTION WITH REMITTANCE

| DATE | NAME | DESCRIPTION | PROVIDER | CHARGES | CREDITS |
|---|---|---|---|---|---|
| 11-10-06 | KOLLIN | PERIODIC ORAL EVAL<br>Insurance filed 11-10-06 | DR. NGUYEN | 33.00 | |
| 11-10-06 | KOLLIN | INTRAORAL-PERIAPICAL FIR<br>INTRAORAL-PERIAPICAL FIR<br>Insurance filed 11-10-06 | P MCCREA<br>P MCCREA | 20.00<br>20.00 | |
| 12-27-06 | KOLLIN | Ins. check 11-10-06<br>PPO-Nova 11-10-06 | | | 15.00<br>8.00 |
| 12-27-06 | KOLLIN | Insurance filed 11-10-06 | | | |
| 01-26-07 | KOLLIN | Ins. check 11-10-06<br>PPO-Nova 11-10-06 | | | 14.00<br>16.00 |

73.00    53.10

| CURRENT | 31 - 60 DAYS | 61 - 90 DAYS | OVER 90 DAYS | NEW BALANCE |
|---|---|---|---|---|
| 0.00 | 0.00 | 20.00 | 0.00 | 20.00 |

Last Statement: 01-21-07
Phone: 716/6463912

| ACCOUNT NUMBER | STATEMENT DATE | REMITTANCE AMT. |
|---|---|---|
| 52957 | 01-26-07 | 20.00 |

WESTERN NEW YORK DENTAL GROUP, PC

WESTERN NEW YORK DENTAL GROUP
RESOURCE GROUP OFFICE
125 LAWRENCE BELL DR, #102
WILLIAMSVILLE, NY 14221

# HSBC PLATINUM MASTERCARD STATEMENT



KOLLIN R KING - Valued Cardmember Since 2006

Page 1 of 2

| ACCOUNT SUMMARY | | PAYMENT SUMMARY | | BALANCE SUMMARY | | |
|---|---|---|---|---|---|---|
| ACCOUNT NUMBER | 5491-0700-1563-9253 | MINIMUM PAYMENT* | $15.00 | PREVIOUS BALANCE | | $1,035.71 |
| TOTAL CREDIT LIMIT | $4,000 | CURRENT PAYMENT DUE* | $15.00 | PAYMENTS/CREDITS | - | $1,058.51 |
| TOTAL CREDIT LIMIT AVAILABLE | $3,450 | PAYMENT DUE DATE | 03/01/07 | PURCHASES/DEBITS | + | $572.00 |
| | | OVERLIMIT AMOUNT | $0.00 | | | |
| CASH CREDIT LIMIT † | $800 | PAST DUE AMOUNT | $0.00 | | | |
| CASH LIMIT AVAILABLE | $800 | *See reverse side for an explanation of these amounts. | | FINANCE CHARGE | + | $0.00 |
| STATEMENT DATE | 02/04/07 | | | NEW BALANCE | = | $549.20 |

† Cash Credit Limit is a portion of the Total Credit Limit

### True 2% Cash Back Summary

| Previous Earnings | $12.41 |
| Earnings | $10.98 |
| Total Earnings | $23.39 |

Cash Expiring on January 2012:   $12.13
Subject to True 2% Cash Back Program Rules.

### TRANSACTION SUMMARY
(For additional transaction detail go to www.hsbccreditcard.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | CHARGES | CREDITS |
|---|---|---|---|---|---|
| 01/21 | 01/22 | PAYMENT - THANK YOU | 2012107A007680651329001 | | -$1,035.71 |
| 01/07 | 01/08 | TOPS MARKET #215   HAMBURG   NY | MT07008008500001001 8317 | $47.93 | |
| 01/07 | 01/08 | BEST BUY   00011312 BUFFALO   NY | MT0700800890000100 01958 | $38.05 | |
| 01/09 | 01/11 | SUNOCO SVC STATION   BLASDELL   NY | MT07011009000000 10009921 | $20.00 | |
| 01/09 | 01/11 | BOY SCOUTS OF AMERICA BUFFALO   NY | MT07011009000001 0018721 | $8.49 | |
| 01/11 | 01/13 | WILSON FARMS   Q39 BLASDELL   NY | MT07013008500001 0016626 | $5.49 | |
| 01/15 | 01/17 | KWIK FILL 088   Q86 HAMBURG   NY | MT07017008800000 10018990 | $35.00 | |
| 01/15 | 01/17 | FANTASTIC SAMS   HAMBURG   NY | MT07017009000001 0017896 | $8.36 | |
| 01/18 | 01/19 | TIM HORTON 8675 Q25   HAMBURG   NY | MT07019008600000 10005432 | $11.58 | |
| 01/18 | 01/20 | WILSON-FARMS #0331   HAMBURG   NY | MT07020008700000 10004724 | $8.67 | |
| 01/18 | 01/20 | WAL-MART #2405   HAMBURG   NY | MT07020008900000 10004227 | $21.71 | |
| 01/21 | 01/22 | HOLIDAY VALLEY RESORT   ELLICOTTVILLE NY | MT07022008600000 10010025 | $29.00 | |
| 01/21 | 01/22 | DICK'S SPORTINGGOODS   BLASDELL   NY | MT07022009000000 10009847 | $41.90 | |
| 01/23 | 01/26 | BLASDELL PIZZA - SOUTH HAMBURG   NY | MT07026008500001 0008581 | $16.28 | |
| 01/24 | 01/26 | EXXONMOBIL26 09735291 GETZVILL   NY | MT07026008500001 0018486 | $33.00 | |

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 88000
BALTIMORE MD 21288-0001

☎ **QUESTIONS?**
24-HOUR CUSTOMER SERVICE
1-800-462-2016
OUTSIDE USA, COLLECT: 1-757-523-3880
TDD HEARING IMPAIRED: 1-800-395-9020
💻 Manage your account online at:
www.hsbccreditcard.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 81622
SALINAS CA 93912-1622

080750 04 0000000300 0   STMT19 D 8

00000411          HMA1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. To Assure Proper Credit Please Write Your Account Number On Your Check

---



| Account Number | | 5491-0700-1563-9253 |
|---|---|---|
| New Balance | $549.20 | |
| Payment Due Date | 03/01/07 | Current Payment Due   $15.00 |

Make checks payable to HSBC CARD SERVICES. Please write your account number on your check. Do not fold, staple or clip. Do not send cash. Please send your payment 7 days prior to the payment due date to ensure timely delivery.

Amount Enclosed $ ☐☐☐☐☐☐☐

00000411                    NNN456N8NNNN

KOLLIN R KING
4591 SOUTHWESTERN BLVD APT B6
HAMBURG NY 14075-1950

HSBC CARD SERVICES
PO BOX 88000
BALTIMORE MD 21288-0001

☐ New address or phone number? Please check box, using black ink, and complete reverse side.

54910700156392530000150000054 9205

LN: 10

| HSBC Bank USA<br>Suite 111<br>Buffalo, NY 14270-0111 | DUE DATE<br>MAR 15, 2007 | PAYMENT AMOUNT<br>$275.15 | ACCOUNT NUMBER<br>005 053376 2 |
|---|---|---|---|
| | AFTER THIS DATE  PAY THIS AMOUNT<br>MAR 25, 2007    $285.15 | | OFFICIAL USE ONLY<br>AMOUNT PAID |

<===USE ATTACHED LABEL FOR MAILING PAYMENT.

00000000000000400005053376200000285150000275159

KOLLIN R KING

PAY PROMPTLY - A GOOD CREDIT RECORD IS YOUR BEST REFERENCE.

0050533762   24

---

LN: 9

| HSBC Bank USA<br>Suite 111<br>Buffalo, NY 14270-0111 | DUE DATE<br>FEB 15, 2007 | PAYMENT AMOUNT<br>$275.15 | ACCOUNT NUMBER<br>005 053376 2 |
|---|---|---|---|
| | AFTER THIS DATE  PAY THIS AMOUNT<br>FEB 25, 2007    $285.15 | | OFFICIAL USE ONLY<br>AMOUNT PAID |

<===USE ATTACHED LABEL FOR MAILING PAYMENT.

00000000000000400005053376200000285150000275159

KOLLIN R KING

PAY PROMPTLY - A GOOD CREDIT RECORD IS YOUR BEST REFERENCE.

0050533762   24

Date Paid 12/11/03   Amt.$ 275.15   Ck.# 262