UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

KOLLIN KING,

        Defendant.

---

07-M-02-HKS

### ORDER

Kollin King is hereby permitted to remove $2,283.85 from his account at the Orchard Park Central School Federal Credit Union for the limited purpose of paying outstanding utility bills and rent as set forth in his moving papers filed on February 28, 2007.

**SO ORDERED.**

_____
**H. Kenneth Schroeder, Jr.**
**United States Magistrate Judge**

**DATED:** **March 1, 2007**
            **Buffalo, New York**

AO 72A
(Rev. 8/82)