UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

v.

KOLLIN KING,

              Defendant.
_____

07-CR-131-WMS

**CORRECTION TO OBJECTION TO THE STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS FILED NOVEMBER 7, 2007**

**KIMBERLY A. SCHECHTER**, affirms under penalty of perjury that:

On November 7, 2007, I submitted an Objection to the Statement of Defendant with Respect to Sentencing Factors. At page 3 of that document, I referred to a letter by a "Kathy Miller" as the mother of one of his students. The correct name is Cathy Snyder.

**DATED**:    Buffalo, New York, November 19, 2007.

                      Respectfully submitted,

                      **/s/ Kimberly A. Schechter**
                      Kimberly A. Schechter
                      Assistant Federal Defender
                      Office of the Federal Public Defender
                      300 Pearl Street, Suite 450
                      (716) 551-3341; 551-3346 (Fax)
                      kimberly_schechter@fd.org.
                      Counsel for Defendant Kollin King

**To:**    Paul J. Campana
          Assistant United States Attorney

          Shirley C. Pandolfe
          U.S. Probation Officer

AO 72A
(Rev. 8/82)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

───────────────────────────────────────

UNITED STATES OF AMERICA,

        v.                                  **07-CR-131-WMS**

KOLLIN KING,

        Defendant.

───────────────────────────────────────

## CERTIFICATE OF SERVICE

I hereby certify that on **November 19, 2007**, I electronically filed the foregoing **CORRECTION TO OBJECTIONS AND STATEMENT OF DEFENDANT WITH RESPECT TO SENTENCING FACTORS Filed November 7, 2007,** with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to the following:

1.     Paul J. Campana
        Assistant United States Attorney
        Western District of New York
        138 Delaware Avenue, Federal Centre
        Buffalo, New York 14202

And, I hereby certify that I have e-mailed the document to the following non-CM/ECF participant(s).

1.     Shirley C. Pandolfe
        United States Probation Officer
        404 U.S. Courthouse
        68 Court Street
        Buffalo, New York  14202

                                                                     **/s/Joanne Sabatino**
                                                                    Federal Defender's Office