PETER A. DE ROSA
8309 Laughlin Drive
Niagara Falls, NY 14304

November 7, 2007

RE:     KOLLIN KING

To Whom It May Concern:

     I am a Scoutmaster of a Boy Scout Troop, and the Advisor of a Venture Crew for teenagers. I also am the volunteer Director of the local Boy Scout Council's canoe tripping program in Algonquin Park, a position akin to a Camp Director. I am the father of two college-age daughters and two teen-age sons. My profession is that of a Chartered Financial Consultant and Chartered Life Underwriter for a major life insurance company.

     For the last seven or eight years I have been acquainted with Kollin King. I took my sons, who were seven and nine years old at the time, to Camp Scouthaven for two consecutive years. The experience was outstanding, as the camp was run professionally and I was completely at ease with the staff, including Kollin, who did a very fine job running the program. My oldest son later, in 2006, worked as a Counselor-in Training under Kollin, who was then Camp Director, and my son had a good and wholesome experience.

     I am aware that Kollin was arrested and is facing sentencing soon. I found his actions to be terrible and scandalous, particularly since he had positions of responsibility for youth in his school and at Summer Camp. As a Scout leader, program director, parent and citizen, I believe these reprehensible types of actions should not and cannot ever be allowed.

     It is not my place to tell the court what action it should take. But may I offer my request for as much leniency as is reasonable. I do not believe a protracted prison term will serve any good other than punishment. It would be very costly to taxpayers, and may or may not serve to rehabilitate Kollin.

     This is a terrible thing that has transpired, and as a parent I would be extremely angry were something to happen to my own child. My first concern would be the safety of my child from future actions. Then I would want my child to witness—in a concrete way—that our society does not condone such actions, and that such actions are indeed punished.

     Though I do not know the particulars, I do not think a protracted sentence would be necessary in Kollin's case. I believe Kollin has already been severely punished, with the loss of a promising school career, with the loss of his long and happy association with the Boy Scouts of America, with the pain and shame his family has endured.

     Perhaps a prolonged period of community service and probation and counseling may better serve to rehabilitate Kollin, and may be less of a burden on tax payers, while still giving the victim a sense of justice.

Sincerely,

*Peter A. de Rosa*

Peter A. de Rosa