November 14, 2007

Honorable William M. Skretny
United States District Judge
c/o Kimberly A. Schechter
Assistant Federal Defender
300 Pearl Street, Suite 450
Buffalo, NY 14202

Dear Judge Skretny:

My name is Richard Myers. I am a 36 year old Police Officer with the State University of New York at Buffalo. I have been with the University Police for 3 years and for the 10 years prior to that I worked for the Boy Scouts of America. I am married and am the father of 3 children.

I am writing on behalf of Kollin King whom I have known since 1999. I first met Kollin when he was a member of the camp staff at camp Scouthaven in Freedom, NY. I came to work very closely with Kollin over the next 8 years in numerous capacities within scouting.

Kollin started working at Scout camp as a youth and impressed all who had the opportunity to work with him. He was enthusiastic, organized, committed, and responsible. As he got older he took on more leadership positions on the camp staff working as an area director, program director and eventually as the camp director. Scouting was an important part of Kollin's life.

I first worked with Kollin when I was the Camp Director and he served as my Program Director. That was my first experience with how dedicated Kollin was to the Scouting program. Kollin almost single-handedly organized, planned, promoted and trained the staff to deliver the program that summer as I joined up with him just weeks before the season started.

When Kollin became an adult he got involved in Scouting at the District and the Council levels. He got involved with the training committee, activities committee, and became the district commissioner. In addition to all the committees he was serving on and the chairmanships he held, Kollin could be counted on to assist wherever and whenever he was asked. The time Kollin gave to scouting, while balancing school and work, put him in the top one half of one percent of all scouting volunteers. And every task or project he committed himself to was given his best effort.

Everything written above probably still does not do justice to the level of commitment Kollin had to one of the largest, and in my opinion, best character building organizations in the world. I know Kollin was committed because nobody could put in the time and effort he put into the program unless they absolutely believed in what that organization stood for. Kollin came up through the program; he is a product of it. He is an Eagle Scout. He has numerous other awards and honors bestowed upon him because of the time, tenure and talent he freely shared with the organization.

● Page 2                                                                                                November 14, 2007

I have seen Kollin at his best. I was shocked to hear the news about Kollin. This was could not possibly have happened. I knew when I heard the news that somehow there had to be a mistake. The police had the wrong guy. Even though I knew, as a police officer, you only set the trap when you know you have your guy. I was still trying to figure out ways they could have been wrong.

It soon became clear that the agents did not have the wrong guy. And while I was shocked about Kollins participation in the incident, I was not at all surprised to hear that Kollin gave his full cooperation to the agents upon his arrest. Even while my cop voice was screaming, "Shut up! Take your chances in court!" But, that just further demonstrates the kind of guy Kollin is. Even to his own detriment, he was willing to help.

It is my hope that Kollin may be shown leniency. He certainly made a mistake, but I believe that by assisting Kollin in getting the help he needs he can resume his selfless ways. Kollin has proven that he has made many positive contributions in the past and I believe he has many positive contributions yet to make. I would like to see him making those positive contributions sooner rather than later.

Of course, life for Kollin will be different, but I know he will rise up to the challenges. I am grateful for the opportunity to put this letter together on behalf of Kollin. He has been my subordinate, my associate, my co-chairman, but most importantly he is my friend.


Sincerely,

*Richard Myers* (signature)

Richard Myers