November 14, 2007

To Whom It May Concern:

I have known Kollin King and his family since Kollin was a small boy. He went to the elementary school where I worked as a Media aide. He was, and I'm sure still is, a very bright boy. He was always a pleasant boy and worked part-time for our local Doctor's wife doing chores around her house and was always one of her favorite people.

I know Kollin was arrested by the FBI for soliciting minors on the internet and believe me no one was more shocked about this than myself and my family. The entire community of Delevan, where Kollin and his sister grew up, was shocked.

I am very sorry for the situation that Kollin has made for himself but feel that he is a person who can learn from this misfortune and don't feel that jail is the place for him to do this rehabilitation. His home life was not quite what you would call ordinary. His mother died in the home of breast cancer when Kollin was a teen-ager and he and his sister have had a lot to overcome. We, as a community, always felt that they did very well for themselves. Both of them becoming college graduates and entering the teaching profession.

Our prayers are with Kollin that he will be able to overcome this obstacle and go on with his life.

Sincerely,

*Mary Lee O'Connell*

Mary Lee O'Connell
Friend

Richard F. Helmich Jr.
11357 Van Gilder Rd.
Delevan, NY 14042

Tel. 716 – 492 – 4337

November 8, 2007

To whom it may concern:

I am writing on behalf of Kollin King. I am aware that the FBI arrested him on February 1, 2007 as an attempted youth molester.

I know Kollin through his days as a Cub Scout and a Boy Scout, which lasted about six years. I was involved with his Troop 627 as Committee Chairman and Merit Badge Councilor. I was on the committee that recognized him as an Eagle Scout, the highest achievement in scouting.

Kollin always impressed me as very intelligent and well organized. His individual achievement to become an Eagle Scout was particularly note worthy because he attained it at a much earlier age than most boys would. His demeanor and courtesy to others was commendable. His love of his family was apparent. His duty to God and country was and example to his peers. I can think of no situation or activity that would counter my knowledge of Kollin which I have just shared with you.

I believe that Kollin is the type of person who could help others avoid the kind(s) of problem he is experiencing at this time if given the chance.

Sincerely yours,

Richard F. Helmich Jr.

November 13, 2007

To Whom It May Concern:

On behalf of Kollin Roy King, I wish to express my personal feelings and concerns. I am aware that he has been retained by the F.B.I., and I believe that I understand the charges outlined against him. Please understand that I cannot and do not condone the behavior for which he has been charged.

I have known Kollin and his family (grandfather, parents, sister) for many years as members of our small community. In addition, I was Kollin's principal at Pioneer Middle School several years ago. It is my honest opinion that he was, without doubt, one of the very nicest, reliable, and most respectful young men I have been associated with in my many years in education. I distinctly remember how excited we were when Kollin had the opportunity to pursue further education at Fredonia State following his graduation from Pioneer High School.

In spite of his very unfortunate behavior, I still remain firm in my belief that Kollin King is in so many ways an outstanding young man who is in desparate need of professional help and understanding, not judicial destruction. I, for one, will pray very hard that he receives that help.

Very sincerely,

William O'Connell

cc. Mr. Dennis King

November 13, 2007

To Whom It May Concern:

I am writing this letter on the behalf of Mr. Kollin King.

I am aware that Mr. King was arrested on February 1, 2007 as attempted youth molester.

I have known Mr. King for over six years, and though I am heart broken by his arrest, I still do not believe that this was a life time goal of his.

We worked together for 4 years at Camp Scout Haven and never once did I ever witness any conduct that was in any way inappropriate towards the young staff or the campers. He was able to handle home sick children and ones that were acting out without angering the Cub Master or the children's families. The Kollin that I worked with was a caring and thoughtful leader. It was my honor and privilege to work under and next to him during that time.

We worked hand and hand making sure that the campers had a great time. He spent hours there making sure that everything was up and running for the next group before they arrived. He expected 100% from all the staff, and attempted to fill in where some were lacking.

If I were given the opportunity to work with and next to him again, I would do it in a heart beat.

Sincerely

*Teri Ford*

Teri Ford

To Whom It May Concern,

I am aware that Kollin King was arrested by the FBI on Feb 1. 07 as an attempted youth molester. Kollin is my cousin. We have known each other for all of Kollin's life. His father and my Mother are brother and sister. We are a close family. My opinion about Kollin is he was raised a Christian with love & support. He became a teacher because he loved to learn. I believe he has good character. I remember him best as a smart child and a fine young man. He last visited our family with his father and sister, we enjoyed Christmas together. My family values Kollin and feels he needs counseling and treatment.

Thank You
Kelly L. Landis
Nov 15th 2007

To whom it may concern,

I am writing in support of Kollin King and am aware of his arrest on 1 Feb. 2007. Because I am his aunt I have obviously known him since birth.

Kollin is very intelligent as evidenced by his school and college records. He acknowledged that what he did was wrong. He has renewed his Christian faith.

I realize that the laws are necessary to punish those extreme offenders who kidnap, rape and murder their victims. Kollin is definetly not this type of person. He is basically a good, moral person who yielded to temptation via the Internet. No pornography, no internet, I do not believe he would have acted out normal sexual instinct in an abnormal way. I do not know of all the details of his arrest, but if there was an underage male involved, didn't he willingly participate in the alleged act? What about his or his parents responsibility.

In our culture today with so much sexual content in movies, TV, and internet sites it is a wonder that every male from 16 to 40 (at least) isn't guilty.

Kollin was a good, experienced, and moral teacher. He was in Scouts from cubscout to Eagle ranks. He was a successful program director for a cub scout camp. He never exhibited any immoral behavior in these situations.

He probably does need some counseling and treatment, although I believe it would not take much time of such for complete rehabilitation. I do not believe him to be a danger to society and plea for mercy and compassion in his sentencing. I do not think a long incarceration would do any good and perhaps do harm. On my visits to him I judge that he is repentent and sorry. He does not deserve having the rest of his life ruined. He still has a lot of potential for being a good citizen and serving others.

Please give him a chance for a normal and productive life.

Sincerely
Joyce Hughes