UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.                                                              07-CR-131S

KOLLIN KING,

                                        Defendant.

---

SENTENCING LETTER



November 16, 2007

Dear Judge Skretny,

I am writing to you on behalf of my cousin, Kollin Roy King, who will come before you on November 28th, for crimes which are laid out before you in elegant legal language.

I am pleading for mercy for this young man, mercy that only you can give in this lifetime. A chance for him to have some semblance of life reflecting the positive he has produced in his life. Yes he did get caught in the snares of the evil product produced on the internet. He greatly regrets all entanglement with all crimes.

As his family we stand in for him asking for forgiveness and the chance for reconstructing his life. You are the only one that can make any of this possible by showing leniency in your decisions on November 28th.

We stand united in prayer and hope that Kollin would be given a chance for repentence. A chance to live a clean life. I, personally accept responsibility for Kollin to live in my household, to get him sound counseling and obstain from any further crimes.

Please donot rate Kollin as anything but level 1 so that he has a chance to renew his life. Any other judgement will be like putting Kollin in front of a firing squad and pulling the trigger.

I realize he has been profiled as a risk to society. He is a first time offender who has never committed a violent crime. Kollin has a family that wants to help and now that he knows he can turn to us and trust that he will receive help.

I am begging you to consider these facts in determining Kollin's future. Give him a chance to start over knowing that he will be surrounded by family members for support and resources to establish and encourage him.

Please prayfully consider Kollin's case.

I petition you in like manner, praying that wisdom be given to us all.

Sincerely

Karin M. Murphy