UNITED STATES DISTRICT COURT

FOR THE

<u>WESTERN DISTRICT OF NEW YORK</u>

UNITED STATES OF AMERICA

v.  Crim. No.    0209 1:07CR00131

KOLLIN KING

On June 27, 2014 the above named was placed on Supervised Release for a period of 78 Month(s), to include location monitoring via GPS for the entirety of the term of supervision. He has complied with the rules and regulations of supervision, as well as location monitoring, and is no longer in need of this level of monitoring. It is accordingly recommended that the location monitoring condition be satisfied.

Respectfully submitted,

Gavin M. Lorenz
Intensive Supervision Specialist

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant's location monitoring condition be satisfied.

Dated this  12th  day of  November, 2019.

Honorable William M. Skretny
Senior United States District Judge